## NEEL, receiver, *vs.* FIELD.

Where matters in controversy between two parties were submitted to arbitration, and the party in whose favor the award was made received money and notes of other persons from the opposite party, in full settlement thereof, knowing, at the time, that there was a mistake in the calculation by which the full amount of interest due him had not been allowed, he could not retain the amount received under the arbitration, and also sue for the balance claimed to be due by reason of the mistake. If he received the money and notes in full settlement under the award, after notice of the mistake, he must abide the settlement.
Judgment reversed.

November 20, 1883.

BLANDFORD, Justice.

## THE SAVANNAH, GRIFFIN & NORTH ALABAMA RAILROAD *vs.* SHELL.

72   201
Case 2
120   461
72   201
Case 1
125   381

A party applying for a writ of *certiorari* from a justice's court is re quired to produce a certificate from the justice that all costs which have been assessed on the trial below have been paid. This requirement is not met by producing a bill containing certain items of cost and a receipt showing that such itemized bill has been paid, but not showing that all the costs have been paid. Code, §4050; 70 *Ga.*, 716.
Judgment affirmed.

November 6, 1883.

BLANDFORD, Justice.

## HUDSON *vs.* THE STATE OF GEORGIA.

The evidence shows the plaintiff in error to be guilty as he was charged in the indictment; indeed, the testimony is so strong and satisfactory as to demand the verdict beyond a reasonable doubt.
Judgment affirmed.

October 9, 1883.

BLANDFORD, Justice.